# Exhibit 3

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE SOUTHERN DISTRICT OF GEORGIA

 3                        DUBLIN DIVISION

 4    ---------------------------------x

 5    ARIEL CURTIS,                    :

 6              Plaintiff,             :   CIVIL ACTION NO.:

 7         vs.                         :   3:21-cv-15-DHB-BKE

 8    CORECIVIC, INC., CORECIVIC       :

 9    OF TENNESSEE, LLC, THE           :

10    CITY OF ALAMO, GA, and           :

11    CASANDRA BONEY,                  :

12              Defendants.            :

13    ---------------------------------x

14         30(b)(6) DEPOSITION OF DONOVAN HAMILTON

15                   Monday, April 25, 2022

16                        3:06 p.m.

17

18         30(b)(6) Deposition of DONOVAN HAMILTON,

19    was held remotely via Zoom videoconference, commencing

20    at 3:06 p.m., on Monday, April 25, 2022, and taken

21    down stenographically by Elizabeth Mingione, Certified

22    and Registered Professional Reporter for the State of

23    Georgia.

24    Job No.: 115860

25    Pages: 1 - 65
```

```
 1   speak to what they believe.
 2        Q.    Do you think the purpose of searching
 3   individuals entering the Wheeler Correctional Facility
 4   is to prevent unauthorized items from reaching
 5   inmates?
 6        A.    Generally speaking, I would agree with that
 7   but not -- not entirely.  We also conduct searches of
 8   -- for contraband items that may not necessarily be
 9   intended to pass on to inmates, i.e., personal cell
10   phones, unauthorized handcuff keys, tobacco products
11   for -- for self use.  So there's certainly -- there's
12   certainly other reasons for searches.
13        Q.    Wheeler Correctional Facility does not
14   allow employees to bring their personal cell phones
15   into the facility?
16        A.    They do not.
17        Q.    As far as preventing contraband from
18   reaching inmates, why shouldn't inmates have access to
19   unauthorized items?
20        A.    Contraband is dangerous, particularly
21   narcotics, cell phones.  Inmates conduct business on
22   cell phones.  They utilize or they consume illegal
23   drugs.  They become volatile.  They can be dangerous.
24              Contraband is a method of monetary purposes
25   for, quote, unquote, wheeling and dealing inside a
```

1  facility.  There's -- it's just contraband puts not
2  only staff at risk but the inmate population at risk.
3      Q.   And do you think that all correctional
4  facilities share that same concern?
5           MR. PETERSON:  Object to form, please.
6      A.   I'm sure they do.  This is my 15th
7  facility.
8      Q.   My next question was going to be have you
9  ever worked at any other correctional facility.  So
10 were most of those in Georgia?
11     A.   I'm retired warden out of the state of
12 Florida, 29 years with the State of Florida Department
13 of Corrections.  Four of the facilities that I've been
14 to subsequent to that have been CoreCivic facilities.
15     Q.   Those four since, were any of those in
16 Georgia?
17     A.   No.
18     Q.   Is that one of the primary concerns of
19 working in a correctional facility, especially in
20 management of -- is keeping contraband from inmates?
21     A.   That's one of the things that keeps me up
22 at night.  Yes.
23     Q.   And how do Wheeler Correctional Facility
24 peace officers receive training regarding searches of
25 inmates and/or noninmates?  Is that on site or off

1  wears two bars, which in the military is what a
2  captain wears.  Assistant shift supervisor wears one
3  bar, which in the military is indicative of a
4  lieutenant, but titlewise it's shift supervisor.  Most
5  folks refer to them as a captain.
6       Q.    Since October of 2020 has CoreCivic done
7  anything to address any perceived problems Ms. Boney
8  has with interacting with others?
9             MR. PETERSON:  Objection to form, please.
10      A.    Not my knowledge.
11      Q.    ADO means administrative duty officer,
12 correct?
13      A.    That's correct.
14      Q.    Who was the administrative duty officer on
15 October 4, 2020?
16      A.    I was.
17      Q.    And as the ADO, you were assigned to assume
18 the duties and responsibilities of the warden or
19 facility administrator if they were not there,
20 correct?
21      A.    The administrative duty officer technically
22 is for after hours.  What I mean by that is after
23 administrative hours, when the regular chain of
24 command is not here.  The only way you would be -- I
25 mean, you do act as the -- as the acting warden when

1  you are -- when you are ADO.  Yes.

2      Q.   And if is someone needed to be searched --
3  well, let me rephrase that.

4           If someone needed to be strip searched,
5  would they have to get your permission first if you
6  were the acting ADO and the warden was not on site?

7           MR. PETERSON:  Object to the form, please.

8      A.   We don't strip search employees.

9      Q.   Were you consulted on October 4, 2020,
10 before the frisk searches of plaintiff, to your
11 knowledge?

12          MR. PETERSON:  Object to the form, please.

13     A.   I don't believe I was -- I don't believe I
14 was notified prior to the initial pat search.  I think
15 it was after the pat search when she -- when Curtis
16 still could not pass the metal detector that Captain
17 Boney called me.

18     Q.   In October of 2020 had there been any
19 changes to CoreCivic's pat search protocol in light of
20 COVID?

21     A.   The only changes were that you wore gloves,
22 latex gloves.  And you -- I don't remember if at that
23 time, but that at some point we were instructed to
24 change gloves between -- between every search, which
25 brings about a -- I want to put this in there.  At --

```
 1      A.    Repeat that, please.
 2      Q.    I'll try.  Does CoreCivic contend that the
 3  State of Georgia had zero input into CoreCivic's
 4  policies and procedures as it relates to the searches
 5  of individuals?
 6      A.    That is our contention.  We -- there are
 7  three SOPs that we follow from GDC.  None of them have
 8  to do with searches.
 9      Q.    CoreCivic can't find someone guilty of
10  bringing contraband into the correction al facility
11  and sentence that person to imprisonment, can it?
12      A.    Criminally, no.  Administratively, yes; but
13  criminally, no.
14      Q.    Criminally that has to be done in court,
15  correct?
16      A.    Yes.
17      Q.    And pursuant to the laws of the State of
18  Georgia?
19      A.    Yes.
20            MR. KASPERS:  Okay.  I've got nothing
21  further.  I appreciate your time.
22            THE WITNESS:  You are welcome.
23            MR. PETERSON:  Will you give me two minutes
24  to go through notes.  I am going step off the video
25  here.  Can I have two minutes to look at my notes and
```