# Exhibit 4

| | POLICY TITLE | Entry/Exit Procedures | | | |
|---|---|---|---|---|---|
| **CoreCivic** | CHAPTER | 9 | POLICY NUMBER | 9-20 | PAGE 1 of 11 |
| | EFFECTIVE DATE | | SUPERSEDES DATE | | |
| | MAY 25, 2009 | | NONE | | |
| SIGNATURE ON FILE AT FACILITY SUPPORT CENTER<br>Richard P. Seiter<br>Executive Vice President/Chief Corrections Officer<br><br>SIGNATURE ON FILE AT FACILITY SUPPORT CENTER G.A. Puryear, IV<br>Executive Vice President/General Counsel | FACILITY NAME | **COFFEE CORRECTIONAL FACILITY (CCF)**<br>**JENKINS CORRECTIONAL CENTER (JCC)**<br>**WHEELER CORRECTIONAL FACILITY (WCF)** | | | |
| | FACILITY EFFECTIVE DATE | | FACILITY SUPERSEDES DATE | | |
| | **NOVEMBER 19, 2018** | | **JCC: MARCH 1, 2012**<br>**CCF: SEPTEMBER 30, 2009**<br>**WCF: SEPTEMBER 30, 2009** | | |

### 9-20.1 POLICY:

CoreCivic facilities will ensure the accountability and control of pedestrian and vehicle traffic entering and exiting the established premises.

### 9-20.2 AUTHORITY:

CoreCivic Company Policy

### 9-20.3 DEFINITION:

<u>Contraband</u> - Any items possessed by an inmate/resident or found within the facility which are not issued, sold in the canteen, approved by the Warden/Administrator, or authorized by written facility policy.

<u>Contract Staff</u> - All personnel, volunteer or paid, who are not employed by CoreCivic but provide routine and/or regular services to the facility.

<u>Contracting Agency Personnel</u> – Employees of the department or agency with whom CoreCivic has a contract to manage, operate, etc. the facility.

<u>Employee</u> - A person employed in an approved full-time or part-time position that is designated as such in the authorized staffing pattern.

<u>Front Entrance</u> – The main entrance to the facility where the majority of employees and contract staff/ visitors are processed.

<u>Inmate/Resident</u> – Any adult or juvenile, male or female housed in a CoreCivic facility. Inmates/residents may also be referred to as detainees, prisoners, or offenders depending on classification and in accordance with facility management contracts.

<u>Pat Search</u> - A search conducted by placement of hands on the individual's clothed body to feel for weapons or contraband.

<u>Strip Search</u> - A search of an individual that requires all clothing be removed.

<u>Visitors</u> – All persons accessing the facility who are not employees, contract staff, or volunteers of CoreCivic.

### 9-20.4 PROCEDURES:

#### PROCEDURES INDEX

| SECTION | SUBJECT |
|---|---|
| A | Designated Access Points |

Proprietary Information – Not For Distribution – Copyrighted        Property of CoreCivic

| B | Staffing |
|---|---|
| C | Identification |
| D | Attire |
| E | Accountability |
| F | Allowable Items |
| G | Electronic Communications Equipment |
| H | Searches |
| I | Black Light Procedures |
| J | Outside Agency Firearms / Ammunition |
| K | Vehicle Gate Access |
| L | Work Detail Access |

A. DESIGNATED ACCESS POINTS

1. Entrance/exit points to facility property will be established by the Warden/Administrator.

2. **AT THIS FACILITY, ESTABLISHED POINTS OF ENTRANCE AND EXIT ARE:**

   **PEDESTRIAN GATE AND VEHICLE GATE**

B. STAFFING

1. All access posts will be staffed in accordance with the facility staffing pattern and at the direction of the Shift Supervisor.

   **AT THIS FACILITY, ENTRANCE AND EXIT POSTS WILL BE STAFFED DURING THE FOLLOWING HOURS OF OPERATION (Front Entrance: 0800 hrs – 1800 hrs.):**

   **JENKINS: FRONT ENTRANCE 0500-1800, BACK DOCK 0700-1700**

   **COFFEE: FRONT ENTRANCE 24-HRS, BACK DOCK 0700-1500**

   **WHEELER: FRONT ENTRANCE 0500-1800 BACK DOCK 0700-1700.**

2. A Sr. Correctional Officer, or higher authority, will be present at the front entrance during shift change.

3. When possible, additional staff will be assigned to the front entrance during peak volume periods (i.e. shift change, volunteer events, etc.).

4. During non-peak volume periods, when the access point is not staffed, a staff member must come to the point of entry prior to access being granted.

C. IDENTIFICATION

1. All CoreCivic employees, contract employees, and facility-assigned contracting agency personnel will provide a current CoreCivic I.D. badge when accessing the facility. The I.D. badge will be visibly displayed while on the facility grounds.

   a. CoreCivic-Issued ID badges will be color-coded as follows:

      i. RED - FSC Employees

      ii. GREEN - Facility Employees

      iii. BLUE - Routine Non-CoreCivic Employees with Computer Access

Proprietary Information – Not For Distribution – Copyrighted        Property of CoreCivic

Confidential                                                          CORECIVIC_0001080

    iv.  PURPLE  -  Routine Non-CoreCivic Employees without Computer Access

  b. Facilities will not issue duplicate I.D. cards to individuals who have forgotten their CoreCivic I.D. At the Administrative Duty Officer's (ADO) discretion, the individual will be issued a visitor's badge, which will be visibly displayed while on the facility grounds, or may request that the individual leave the facility and retrieve his/her I.D.

 2. All other individuals accessing the facility will provide a valid state or U.S. government-issued **picture** I.D. (i.e. Passport, Military I.D., State Driver's License, State-Issued I.D., or Green Card with photo). If identification is presented that does not bear a photograph, entrance to the facility will be denied.

  a. These individuals will be issued a Visitor Badge, which must be visibly displayed while on facility grounds.

 3. Visitor I.D. badges will be accounted for at all times.

  a. Visitor badges will be numbered.

  b. The visitor badge I.D. number will be documented in the visitor log.

  c. All visitor badges will be accounted for prior to the end of each shift.

  d. The Shift Supervisor will be notified immediately in the event a visitor badge is unaccounted for.

D. ATTIRE

 1. CoreCivic employees will comply with CoreCivic's Uniform Dress and Grooming Standards policy.

 2. Contract staff and outside agency personnel will comply with CoreCivic Policy 1-19 Roles of Consultants, Contract Employees, and Employees of Other Agencies and posted rules and regulations as required.

 3. Inmate/resident visitors will comply with CoreCivic Policy 16-2 Visitation, or applicable contracting agency policy, and posted rules and regulations.

 4. At no time will the clothing of an employee, visitor, contract staff, etc. resemble that of the inmate/resident population.

 5. The Shift Supervisor, or higher authority, may refuse entrance if it is determined that the individual's attire presents a threat to the safe and orderly operation of the facility.

E. ACCOUNTABILITY

 1. All entrance/exit to/from the facility will be documented. Documentation may be electronic or manual and must include, at a minimum:

  a. Name;

  b. Facility or department representation;

  c. Destination;

  d. Purpose of entry;

  e. Time in/out; and

  f. Visitor badge I.D. number (when a visitor badge is issued).

F. ALLOWABLE ITEMS

| Page 4 of 11 | **MAY 25, 2009** | 9-20 |

1. CoreCivic Employees/Routine Contracting Agency Personnel/Routine Contract Staff may have in their possession, the following items:

   a. CoreCivic Photo Identification;

   b. One (1) clear or plastic bag or tote, no larger than sixteen (16) inches by sixteen (16) inches in size. All personal items must be contained inside this bag with the exception of food and drink items;

   c. Home-prepared food items in sealed containers no larger than half-gallon or food from eating establishments in a bag or styrofoam container.

   d. Wallet;

   e. Handkerchief;

   f. Facial tissue;

   g. Sanitary napkins/tampons;

   h. Pen/pencil/notepad;

   i. Eyeglasses and case;

   j. Contact lenses/case/wetting solution;

   k. Facility-issued papers;

   l. One (1) tube lip ointment/lipstick (non-toxic);

   m. Comb or brush or hair pick (plastic only);

   n. Maximum of twenty dollars ($20.00) in U.S. currency;

   o. Hat/head covering (religious headgear). For uniformed staff, CoreCivic-issued clothing only;

   p. Overcoat/gloves during adverse weather (must be secured at all times);

   q. Jewelry in accordance with CoreCivic's Uniform Dress and Grooming Standards policy;

   r. Medication – Only the amount necessary for a sixteen (16) hour shift (in the event overtime becomes necessary). Provisions for injectable medications (i.e. insulin), which may or may not require refrigeration and/or other special medication needs, may be made by the on-duty Shift Supervisor, or higher authority, upon a review of the circumstances with the individual;

   s. Personal keys (keys and vehicle remote only);

   t. Half-gallon plastic thermos-type cooler;

   u. No more than two (2) unopened, plastic, single serving (i.e. 16 oz., 20 oz.) drink bottles.

   v. **AT THIS FACILITY, VARIATIONS TO THIS LIST ARE:**

   > **REFER TO PROCEDURAL GUIDELINES – ALLOWABLE ITEMS – ENTRY.**

2. Inmate/Resident Visitors

   Inmate/Resident Visitors will comply with the allowable items procedures outlined in

Proprietary Information – Not For Distribution – Copyrighted       Property of CoreCivic

Confidential                                                                                                                   CORECIVIC_0001082

| Page 5 of 11 | MAY 25, 2009 | 9-20 |

CoreCivic Policy 16-2 or applicable contracting agency policy.

**AT THIS FACILITY, THE FOLLOWING POLICY IS UTILIZED REGARDING VISITATION PROCEDURES:**

> <mark>CORECIVIC</mark> POLICY 16-2 VISITATION

    3. All Other Visitors

        a. Visitors may only bring in those items necessary to complete the purpose of the visit.

        b. All property will be searched utilizing x-ray equipment or manual search procedures.

        c. Visitors (i.e. contractors) requiring the use of tools should use facility tools when possible. In the event a needed tool is not available at the facility, the Chief of Security may approve the tool(s) to be brought in. In the event a tool is brought into the facility, it will be processed and managed in accordance with CoreCivic Policy 9-8 Control of Tools, or contracting agency policy as applicable.

        d. All visitors will be questioned as to weapons, narcotics, ammunition, knives, drug paraphernalia, explosives, cell phones, cuff keys or other contraband that might be in their possession, before being allowed entrance.

        e. Visitors possessing any items considered to be contraband will be asked to leave the facility grounds and dispose of the items before returning.

            i. Any illegal item discovered will be referred to the appropriate Law Enforcement Agency.

G. ELECTRONIC COMMUNICATION EQUIPMENT

    1. Cell phones/PDA's/pagers and other types of electronic communication equipment are strictly prohibited inside the facility, with the exception of those carried by:

        a. All positions that serve as ADO;

        b. Regional SORT Commanders; and

        c. FSC Employees.

    2. Additional cell phones/PDA's/pagers and other types of electronic communication equipment must be approved by the Warden/Administrator.

H. SEARCHES

    1. All individuals must clear a metal detector prior to entering the facility.

    2. All items being brought into the facility will be searched utilizing x-ray equipment or manual search procedures. Manual searches will include physically manipulating the item.

    3. The use of all x-ray equipment will be in accordance with state regulations regarding the use of radiation equipment.

**AT THIS FACILITY STATE REGULATIONS REGARDING LICENSURE OF RADIATION EQUIPMENT AND RADIATION EXPOSURE BADGES ARE:**

> <u>**REGISTRATION WITH GA DEPT OF HUMAN RESOURCES BADGES NOT**</u>

Proprietary Information – Not For Distribution – Copyrighted     Property of CoreCivic

Confidential     CORECIVIC_0001083

| Page 6 of 11 | MAY 25, 2009 | 9-20 |

**REQUIRED. QUARTERLY RADIATION TEST MUST BE PERFORMED.**

4. In attempting to clear the metal detector, all items should be removed from pockets. In addition, items on the person that may activate the metal detector (i.e. jewelry, belt buckles, etc.) should be removed and placed in the provided container for inspection.

5. Where x-ray equipment is utilized, shoes will be removed prior to entering the metal detector and the shoes will be x-rayed.

6. Individuals with medical conditions that restrict them from being subjected to metal detector clearance (i.e. pacemaker, metal in the body, etc.) must provide written communication, from their medical provide, stating such. An approved list of employees/contracting agency personnel/contract staff with such restrictions will be maintained at all access points where metal detectors are utilized.

    a. Those with a documented medical condition that precludes metal detector clearance will empty all pockets and submit to a pat search.

7. At a minimum, any individual entering the facility who cannot clear the metal detector shall be pat searched to determine the reason for failure. If the reason cannot be determined, the Shift Supervisor will be notified. The Shift Supervisor will identify any extenuating circumstances (i.e. medical condition).

    a. Those who fail for other reasons (i.e. clothing), shall be required to clear the metal detector before being permitted to enter.

    b. If there is no clear explanation for the inability to clear the metal detector, the Shift Supervisor may determine a need to deny access to the facility, or a need for further action. Denial of access and/or further action will require approval of the ADO.

8. If possible, clearance procedures will not be conducted in the presence of inmates/residents.

9. No physical force or threat of any physical force shall be used in connection with any search. If a dangerous situation presents itself, appropriate force may be used to restore safe conditions, but only to the extent necessary to accomplish this objective, and not in connection with the search.

10. Canines may be utilized in searches in accordance with CoreCivic Policy 9-11 Detection Canine Program.

I. BLACK LIGHT PROCEDURES

1. With the exception of CoreCivic employees and visiting or facility-assigned contracting agency representatives, a black light stamp will be used as additional identification of all visitors.

2. All stamps and ultraviolet ink will be secured when access points are not staffed.

3. All visitor black light stamps will be checked, by designated personnel, before allowing the visitor to enter or exit.

4. Stamps will be rotated daily. The same stamp will not be used twice during the same week. The post log will indicate the date, stamp used, and the location of the stamp (i.e. right wrist, back of left hand, etc.) The location may stay the same throughout the week, however should be rotated between the left and right hand.

5. In the event the black light stamp is not visible when an individual is attempting to exit the facility, the Shift Supervisor will be immediately notified and the visitor will be identified with valid identification prior to being allowed to depart the facility.

J. OUTSIDE AGENCY FIREARMS/AMMUNITION

1. All firearms and ammunition belonging to outside agency personnel will be stored in a locker designated for weapons. The owner of the weapon will retain custody of the key belonging to the locker in which their weapon is stored.

2. Weapons will not be stored in a perimeter patrol vehicle.

3. **AT THIS FACILITY, ADDITIONAL PROCEDURES FOR OUTSIDE AGENCY WEAPONS/AMMUNITION MANAGEMENT ARE:**

> **JENKINS: WEAPONS WILL BE STORED IN SECURE BOX ON PERIMETER VEHICLE.**
>
> **COFFEE: WEAPONS ARE PLACED IN ARMORY.**
>
> **WHEELER: WEAPONS WILL BE STORED IN SECURE BOX ON PERIMETER VEHICLE.**

K. VEHICLE GATE ACCESS

1. The vehicle gate is not to be utilized routinely as a point of pedestrian entry/exit.

   a. Individuals entering the vehicle gate on foot will be processed utilizing the same procedures as those entering via a vehicle.

2. The vehicle gate should only be accessed by the following individuals/under the following circumstances:

   a. Inmate/resident transportation traffic;
   b. Law enforcement agencies;
   c. Emergency response vehicles;
   d. Contracting agencies;
   e. Commercial traffic (i.e. vendors);
   f. Facility maintenance personnel; and
   g. Traffic as authorized by the Shift Supervisor or higher authority.

3. Accessing the vehicle gate will require a CoreCivic I.D., valid state or U.S. government-issued **picture** I.D. (i.e. Passport, Military I.D., State Driver's License, State-Issued I.D., or Green Card with photo). If identification is presented that does not bear a photograph, access will be denied.

4. Any doubt regarding identity of any person attempting to enter or exit the vehicle gate will result in denied passage pending identity verification.

5. A complete record of all persons accessing the vehicle gate will be maintained in the Vehicle Gate Officer Log Book. The information logged will include, at a minimum:

   a. Date;
   b. Time of entry;
   c. Name of carrier;

   d. Cargo;

   e. Reason for access; and

   f. Time of departure date.

6. No weapons will be left with the Vehicle Gate Officer. All weapons will be secured as outlined in section J. of this policy.

7. The Vehicle Gate Officer will operate on a radio channel designated by the facility and, with the exception of a security supervisor or higher authority, will be the only person authorized to request that the vehicle sallyport gates be opened.

8. Should anyone other than the individuals identified in 7. above attempt to have one (1) of the gates opened, the Central Control Officer will immediately cease all gate activations until he/she can contact the Vehicle Gate Officer to ensure the Vehicle Gate area has not been compromised.

9. Emergency Signal

   a. An emergency signal will be established, to be activated in the event of an emergency or security breach at the Vehicle Gate.

   b. Emergency signals should be related to the Vehicle Gate, (i.e. "slide gate six" provided the Vehicle Gate does not have a gate six).

   c. At a minimum, the emergency signals should be rotated on a monthly basis.

10. All vehicles **entering or exiting** the vehicle gate will be thoroughly searched, prior to opening the vehicle gate, utilizing, at a minimum, the following procedures:

   a. Central Control will check the top of the vehicle with surveillance cameras prior to allowing the vehicle to enter or exit the vehicle gate.

   b. If the facility does not have surveillance cameras at the vehicle gate, the Vehicle Gate Officer will use a telescopic mirror to inspect the top of the vehicle.

   c. Undercarriage will be inspected with a telescopic mirror.

   d. Hood will be opened and inspected.

   e. The trailer will be opened and inspected.

   f. Trunk will be opened and inspected.

   g. All storage compartments will be opened and inspected.

   h. Any vehicle that cannot be thoroughly searched prior to exiting must be unloaded or held at the vehicle gate through an official count.

   **NOTE:** Special attention is needed to ensure no hidden compartments are present.

11. All vehicles entering the vehicle gate will be escorted by facility staff. The escorting staff will walk behind the vehicle, and will not ride inside the vehicle.

12. Any entrance to a building itself, that may be accessed via the vehicle gate, is not to be utilized routinely as a point of entry/exit.

   a. In the event an individual is authorized to enter the building by way of the vehicle gate, he/she will be searched with a wand and black light procedures will apply as outlined in section I. of this policy.

13. When the vehicle is parked inside the facility compound to be loaded or unloaded, the

Proprietary Information – Not For Distribution – Copyrighted   Property of CoreCivic

Confidential   CORECIVIC_0001086

      escort officer will ensure:

        a. The steering wheel is secured with "The Club", or approved steering wheel locking device, and maintain custody of the keys.

        b. All vehicle doors are locked and maintain custody of the vehicle keys.

14. Should it be necessary to leave a vehicle or vehicular equipment unattended, inside the compound, the vehicle will be rendered inoperable by utilizing "The Club", or approved steering wheel locking device.

15. Inner/outer gates will not be opened simultaneously. In the event a vehicle is longer than the length of the vehicle gate sallyport it will be processed as follows:

    a. The vehicle gate area and the area accessible to the inner vehicle gate will be clear of all inmates/residents.

    b. All doors and exits on buildings accessible to this area will be secured.

    c. The outer gate will be opened and the vehicle will enter the sallyport leaving two (2) feet between the inner vehicle gate and the front of the vehicle.

    d. Identification and search procedures will be conducted as outlined in K.10. above.

    e. One (1) staff member will be posted at the inner vehicle gate as an escort for the vehicle.

    f. Once the vehicle is cleared to enter the inner perimeter through the inner gate, the Shift Supervisor will be notified that both gates need to be opened to allow the vehicle to enter.

    g. A perimeter patrol vehicle will be posted at the outer vehicle gate, outside of the vehicle with a shotgun while both gates are open.

    h. Once approved, the inner gate will be opened to allow the vehicle through the sallyport.

    i. As the rear of the vehicle passes the outer vehicle gate, the outer gate will be secured.

    j. After both the inner and outer gates are secured, the Perimeter Patrol Officer will resume normal patrols.

    k. When the vehicle returns to the inner gate to exit the sallyport, the procedure will be performed in reverse, with the Perimeter Patrol Officer posted at the outer vehicle gate with a shotgun.

    l. Once the vehicle is cleared to exit, after proper identification of the individual and the search conducted, the Shift Supervisor will be notified.

    m. Once approved, the outer gate will be opened and the inner gate will close as soon as the rear of the vehicle passes the inner gate.

    n. When both gates are secured, the Perimeter Patrol Officer will resume normal patrols.

16. Trash Trucks

    In addition to the procedures outlined above, when allowing trash trucks to enter the Vehicle Gate, the following procedures will apply:

    a. The trash compactor will be cycled by compressing the ram in the compactor

Proprietary Information – Not For Distribution – Copyrighted    Property of CoreCivic

Confidential    CORECIVIC_0001087

    after the trash truck has loaded the compactor.

  b. Ensure the loading door to the compactor remains secured when not in use.

  c. If a container cannot be cycled by compression, a metal rod will be used to prod/search the container prior to exit.

**17. AT THIS FACILITY, ADDITIONAL PROCEDURES FOR VEHICLE GATE ACCESS ARE:**

> <u>**NONE**</u>

L. **WORK DETAIL ACCESS**

 1. All inmate work details will enter/exit the facility through the vehicle gate unless an alternative access point has been authorized by the Shift Supervisor or higher authority.

 2. When a work detail accesses the Vehicle Gate the following procedure will be followed:

  a. The work detail supervisor must escort the assigned inmates/residents.

  b. The work detail supervisor will approach, walking at the rear of the detail, halt the detail at a designated area and approach the Vehicle Gate Officer to indicate that he/she is not under duress.

  c. The Vehicle Gate Officer will call each inmate/resident by name, and the inmate/resident will respond with his/her I.D. number, and be identified through photo identification.

  d. Every inmate/resident will be pat searched when entering or exiting the Vehicle Gate. Inmates/residents will remove all hats/headgear and jackets or outerwear prior to being pat searched. All removed clothing will be searched.

  e. Inmates/residents will be required to clear either a walk-through or hand-held metal detector when entering or exiting the Vehicle Gate.

  f. Strip searches of the inmate/resident work details will be conducted prior to entering the facility. All strip searches will be conducted in accordance with CoreCivic Policy 9-5 Searches of Inmates/Residents and Various Locations or applicable contracting agency policy.

   **AT THIS FACILITY, ADDITIONAL PROCEDURES REGARDING STRIP SEARCHES ARE AS FOLLOWS:**

> <u>**NONE**</u>

  g. Inmates/residents may have in their possession the following personal items when working an outside detail:

   i. Handkerchief;

   ii. Prescription glasses; and

   iii. Wedding band.

 3. **AT THIS FACILITY, ADDITIONAL PROCEDURES FOR WORK DETAIL ACCESS ARE AS FOLLOWS:**

> <u>**NONE**</u>

| Page 11 of 11 | MAY 25, 2009 | 9-20 |

**9-20.5 REVIEW:**

The Chief Corrections Officer or qualified designee will review this policy on an annual basis.

**9-20.6 APPLICABILITY:**

All CoreCivic Facilities (Provided contractual requirements do not mandate otherwise)

**9-20.7 APPENDICES:**

None

**9-20.8 ATTACHMENTS:**

None

**AT THIS FACILITY, ADDITIONAL ATTACHMENTS ARE:**

<u>NONE</u>

**9-20.9 REFERENCES:**

CoreCivic Policy 1-19

CoreCivic Policy 3-19/3-19-2

CoreCivic Policy 9-11

CoreCivic Policy 16-2

ACA Standards. The ACA Standards for this facility are:

4-4192

4-ALDF-2C-01

Proprietary Information – Not For Distribution – Copyrighted        Property of CoreCivic

Confidential        CORECIVIC_0001089