# Exhibit 7

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| ARIEL CURTIS,<br><br>        Plaintiff,<br><br>v.<br><br>CORECIVIC, INC., CORECIVIC OF TENNESSEE, LLC, THE CITY OF ALAMO, GA, and CASANDRA BONEY,<br><br>        Defendants. | Civil Action No.<br><br>3:21-cv-15-DHB-BKE |

## DECLARATION OF CASANDRA BONEY

I, Casandra Boney, am over 18 years of age, and have personal knowledge of the facts contained in this Declaration.

1. I was the shift supervisor at Wheeler Correctional facility ("Wheeler") the evening of October 4, 2020, and came to the front lobby at Wheeler after officer Sharon Creamer notified me that officer Ariel Curtis could not clear the metal detector.

2. Sometime thereafter, Ms. Creamer, Ms. Curtis and I went from the Wheeler front lobby to the parking lot. Ms. Curtis pulled her pants down while we were in the Wheeler parking lot. She was not wearing underwear under her pants. I was surprised that she was not wearing underwear.

3. The three of us returned to the front lobby from the parking lot. I walked through the metal detector in the lobby, then Ms. Curtis followed me. I did not intend to re-screen Ms. Curtis at that point by having her walk through the metal detector, and I did not notice whether it activated when she walked through it. I had only intended that Ms. Curtis pass through the metal detector as she proceeded to sit in a lobby chair and wait for further instruction.

4. At no point on October 4, 2020 did Mr. Hamilton order or authorize me to perform a strip or cavity search on Ms. Curtis, nor did he direct me to have anyone else perform a strip or cavity search on Ms. Curtis.

5. At no point on October 4, 2020 did I communicate with CoreCivic's General Counsel or any designee of CoreCivic's General Counsel to request or obtain authorization to perform a strip or cavity search upon Ms. Curtis, nor did CoreCivic's General Counsel or designee direct me to have anyone else perform a strip search or cavity search of Ms. Curtis.

6. Mr. Hamilton did not instruct me to have or to request law enforcement perform any sort of strip or cavity search upon Ms. Curtis on October 4, 2020.

I have read this Declaration, and I fully understand its contents. Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

_Casandra Boney_
Casandra Boney