# Exhibit 9

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| ARIEL CURTIS,<br><br>           Plaintiff,<br><br>v.<br><br>CORECIVIC, INC., CORECIVIC OF TENNESSEE, LLC, THE CITY OF ALAMO, GA, and CASANDRA BONEY,<br><br>           Defendants. | Civil Action No.<br><br>3:21-cv-15-DHB-BKE |

### **DECLARATION OF DONOVAN HAMILTON**

I, Donovan Hamilton, am over 18 years of age and have personal knowledge of the facts contained in this Declaration.

1. I am currently employed as an Assistant Warden and work at the Wheeler Correctional Facility ("Wheeler").

2. I was acting as Administrative Duty Officer ("ADO") on October 4, 2020. The ADO position is not permanent, it rotates at the Wheeler.

3. Although I spoke with Captain Casandra Boney on October 4, 2020 concerning Ariel Curtis, I never directed or authorized Ms. Boney or any other CoreCivic employee to perform a strip or cavity search on Ms. Curtis, nor did I direct Ms. Boney or any other CoreCivic employee to have anyone else perform a strip or cavity search on Ms. Curtis.

4. I did not instruct Ms. Boney to request or direct any law enforcement officer to perform a strip or cavity search upon Ms. Curtis.

5. At no point on October 4, 2020 did I communicate with CoreCivic's General Counsel or any designee of CoreCivic's General Counsel, nor did CoreCivic's General Counsel or designee direct me to have anyone perform a strip or cavity search of Ms. Curtis.

6. As Assistant Warden, I am personally familiar with CoreCivic's Entry/Exit Procedures used at Wheeler.

7. The document attached to CoreCivic and Ms. Boney's Motion and Memorandum in Support of Motion for Summary Judgment as Exhibit 4 is a true and correct copy of CoreCivic's Entry/Exit policy that applies at Wheeler.

8. As Assistant Warden, I am personally familiar with CoreCivic's Employee/Volunteer/Contract Staff Searches policy used at Wheeler.

9. The document attached to CoreCivic and Ms. Boney's Motion and Memorandum in Support of Motion for Summary Judgment as Exhibit 5 is a true and correct copy of CoreCivic's Employee/Volunteer/Contract Staff Searches policy that applies at Wheeler.

10. As Assistant Warden, I am personally familiar the signage posted by CoreCivic at the entrance to the Wheeler parking lot and at the pedestrian entrance to Wheeler.

11. The photographs attached to CoreCivic and Ms. Boney's Motion and Memorandum in Support of Motion for Summary Judgment as Exhibit 11 are accurate depictions of the signs posted at the entrance to the Wheeler parking lot and at the pedestrian entrance to Wheeler.

12. As Assistant Warden, I am personally familiar with the video security systems used at Wheeler.

13. The video attached to CoreCivic and Ms. Boney's Motion and Memorandum in Support of Motion for Summary Judgment as Exhibit 13 is a true and correct copy of the videotape from CoreCivic's video security system at Wheeler from the evening of October 4, 2020, and accurately reflects that evening's activities.

I have read this Declaration, and I fully understand its contents. Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Donovan Hamilton