# Exhibit 17

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| ARIEL CURTIS,<br><br>    Plaintiff,<br><br>v.<br><br>CORECIVIC, INC., CORECIVIC OF TENNESSEE, LLC, THE CITY OF ALAMO, GA, and CASANDRA BONEY,<br><br>    Defendants. | Civil Action No.<br><br>3:21-cv-15-DHB-BKE |

## DECLARATION OF SHARON CREAMER

I, Sharon Creamer, am over 18 years of age, and have personal knowledge of the facts contained in this Declaration.

1. I served as a Sergeant at the Wheeler Correctional Facility ("Wheeler") on the evening of October 4, 2020. At that time, I observed Ariel Curtis activate the metal detector in the Wheeler front lobby. I then called Casandra Boney for assistance.

2. After Ms. Boney reported to the front lobby, she, Ms. Curtis and I eventually proceeded from the Wheeler front lobby to the facility parking lot.

3. At no point on October 4, 2020, did Ms. Curtis tell me that she was not wearing underwear.

4.  The three of us returned to the front lobby from the parking lot. I walked through the metal detector to a desk in the front lobby and began speaking with Correctional Officer Janie Johnson. I understand from watching a video taken from a camera located in the front lobby that Ms. Curtis proceeded through the metal detector after I walked through it, and then began speaking with Ms. Johnson. I did not notice whether the metal detector activated when Ms. Curtis walked through the detector. I was not observing the metal detector or Ms. Curtis when Ms. Curtis walked through it.

I have read this Declaration, and I fully understand its contents. Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Sharon Clement Creamer_
Sharon Creamer
6/16/2022

2