IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| ARIEL CURTIS, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO.<br>) 3:21-cv-15-DHB-BKE<br>) |
| CORECIVIC, INC., CORECIVIC<br>OF TENNESSEE, LLC, THE<br>CITY OF ALAMO, GA, and<br>CASANDRA BONEY, | )<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the Plaintiff and the Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned civil action is hereby dismissed, with prejudice, with each party to bear its own costs and attorneys' fees except for as set forth in the parties' Settlement Agreement.

The parties respectfully request that the Clerk mark this action as dismissed with prejudice.

Respectfully submitted this 2nd day of June, 2023.

*/s/ Tyler Kaspers*            */s/ Rachel P. Kaercher*
TYLER B. KASPERS              RACHEL P. KAERCHER

| | |
|---|---|
| Georgia Bar No. 445708<br>The Kaspers Firm, LLC<br>152 New Street, Suite 109B<br>Macon, GA 31201<br>Phone: (404) 944-3128<br>tyler@kaspersfirm.com<br><br>*Counsel for Plaintiff* | Georgia Bar No. 574408<br>LITTLER MEDNDELSON, P.C.<br>3424 Peachtree Rd., NE, Ste. 1200<br>Atlanta, GA  30326-1127<br>Phone: (470) 415-5500<br>rkaercher@littler.com<br><br>*Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| ARIEL CURTIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:21-cv-15-DHB-BKE |
| | ) | |
| CORECIVIC, INC., CORECIVIC | ) | |
| OF TENNESSEE, LLC, THE | ) | |
| CITY OF ALAMO, GA, and | ) | **JURY TRIAL DEMANDED** |
| CASANDRA BONEY, | ) | |
| | ) | |
| Defendants. | ) | |

I hereby certify that on June 2, 2023, I electronically filed the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of the Court by using the Court's CM/ECF system, which will automatically serve this document to the following attorneys of record:

Kurt Peterson
Rachel P. Kaercher
LITTLER MENDLESON, P.C.
3424 Peachtree Rd. NE, Ste. 1200
Atlanta, GA  30326-1127
kpeterson@littler.com
rkaercher@littler.com

                            */s/ Tyler B. Kaspers*
                            Tyler B. Kaspers, Ga. Bar No. 445708
                            THE KASPERS FIRM, LLC
                            152 New Street, Suite 109B
                            Macon, GA  31201
                            404-944-3128

[tyler@kaspersfirm.com](mailto:tyler@kaspersfirm.com)